

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00879-CR

Richard **CASAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2561
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 19, 2019.

_____
Liza A. Rodriguez, Justice